UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
************************************ *
PATRICK AND TARA DURHAM,             *
                                     *
       Plaintiffs,                   *      Civil Action No.
                                     *      2:15-cv-05165-MLCF-MBN
   vs.                               *
                                     *
PREMIER NISSAN, LLC, ALLY BANK       *
FKA GMAC AUTOMOTIVE BANK,            *
CAPITAL ONE AUTO FINANCE, INC.,      *
INVESTAR BANK, JPMORGAN              *
CHASE BANK, N.A., TD AUTO            *
FINANCE, LLC, AND WHITNEY            *
BANK,                                *
                                     *
       Defendants.                   *
************************************ *
```

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court for the Eastern District of Louisiana, Plaintiffs' Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

Dated: December 30, 2015.

             Respectfully submitted,

             /s/ Ashley J. Scott
             Ashley J. Scott
             LA State Bar No. 34081
             Law Office of Ashley J. Scott, PLLC
             927 Nashua Street

Houston, TX 77008
Telephone: (888) 595-9111 ext. 275
Facsimile: (866) 317-2674
ashley@ajscottlaw.com
Attorney for Plaintiffs Patrick and Tara Durham

**CERTIFICATE OF SERVICE**

I certify that on December 30, 2015, I electronically filed the foregoing Notice of Settlement with the clerk of the U.S. District Court for the Eastern District of Louisiana, using the electronic case filing system of the court which will send notification of the same to all counsel of record.

/s/ Ashley J. Scott
Ashley J. Scott